Thomas Myers (SBN #120674)
myers@smithmyerslaw.com
SMITH & MYERS LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
Telephone: (213) 613-2380; Facsimile: (213) 613-2395

Ángel J. Valencia (Admitted *Pro Hac Vice*)
ajv@nrtw.org
Milton L. Chappell (Admitted *Pro Hac Vice*)
mlc@nrtw.org
c/o NATIONAL RIGHT TO WORK
LEGAL DEFENSE FOUNDATION, INC.
8001 Braddock Road, Suite 600
Springfield, Virginia 22151
Telephone: (703) 321-8510; Facsimile: (703) 321-9319

*Attorneys for Plaintiff Michael McCain*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MCCAIN, for Himself and the Classes He Seeks to Represent,

Plaintiffs,

v.

VENTURA COUNTY FEDERATION OF COLLEGE TEACHERS, AFL-CIO; et al.,

Defendants.

Case No. 2:19-cv-00228-JLS-DFM

**JOINT MOTION FOR DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) or 41(a)(2) and JOINT STIPULATION OF DISMISSAL BY ALL PARTIES; [PROPOSED] ORDER**

/ / /

JOINT MOTION FOR DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) or 41(a)(2) and JOINT STIPULATION OF DISMISSAL BY ALL PARTIES; [PROPOSED] ORDER
1

COMES NOW, Plaintiff Michael McCain, and Defendants American Federation of Teachers, Ventura County Federation of College Teachers, AFT Local 1828, AFL-CIO, and Dr. Greg Gillespie, represented by their undersigned attorneys, and respectfully submit the following motion for and stipulation of dismissal of this action.

1. The instant litigation began on January 10, 2019. On April 1, 2019, Plaintiff filed an Amended Complaint (Docket 33). Defendants American Federation of Teachers and Ventura County Federation of College Teachers, AFT Local 1828, AFL-CIO answered the Amended Complaint on April 15, 2019 (Docket 35). Defendant Dr. Greg Gillespie answered the Amended Complaint on April 30, 2019 (Docket 40).

2. On June 24, 2019, the parties in the instant matter executed a settlement agreement that resolves the totality of the issues in the above-captioned case with respect to Plaintiff McCain.

3. No motion for class certification was filed in this action, and the putative class was not certified.

4. The settlement agreement does not purport to release any class claims, and does not seek to conditionally certify a class for purposes of settlement.

5. The Union Defendants have unconditionally provided to the putative class members the same relief that Plaintiff received in the settlement agreement. AFT Local 1828 has changed certain practices that were challenged in this case, and union

members were notified about those changes. *See* Jt. Status Report (Dkt. 37) at 8-9. Accordingly, the Union Defendants would have contended that the action was moot, had the case not been settled.

6. These facts meet and exceed all of the three requirements in *Diaz v. Trust Territory of the Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989), to the extent those requirements remain applicable after the 2003 amendments to Fed. R. Civ. P. 23(e). *See Musgrave v. ICC/Marie Callender's Gourmet Prods. Div.*, No. 3:14-cv-2006-HSG, 2015 U.S. Dist. LEXIS 172290 (N.D. Cal. 2015). The three *Diaz* factors seek to protect the interests of putative class members when a plaintiff settles his or her individual claims without settling the claims of the putative class.[1]

7. Since the putative class members have received the same relief as Plaintiff, their interests are not impaired by the settlement. Moreover, the case has been pending only since January 10, 2019. Members of the putative class (a) are at no risk of prejudice from relying on the filing of the action if they are likely to know about it

---

[1] *Diaz*, decided in 1989, held that Rule 23(e) requires judicial review of a pre-class certification settlement with the named plaintiff even where the parties do not seek to release class claims. 876 F.2d at 1408. The case does not appear to apply here, since Fed. R. Civ. P. 23(e) was amended in 2003 to require judicial oversight only of settlements that purport to resolve the claims of a certified class or certify a class for purposes of settlement. *See* Fed. R. Civ. P. 23(e) ("[t]he claims, issues, or defenses *of a certified class* may be settled, voluntarily dismissed, or compromised only with the court's approval.") (emphasis added); Fed. R. Civ. P. 23(e)(1)(A), adv. cmte. note to 2003 amdt. ("The [current] rule requires approval only if the claims, issues, or defenses *of a certified class* are resolved by a settlement, voluntary dismissal, or compromise.") (emphasis added); *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1081 (8th Cir. 2017).

because of publicity or other circumstances, (b) will not be prejudiced by any rapidly approaching statute of limitations and (c) will not be prejudiced by any settlement or concession for class interests made by the class representative or counsel in order to further his or her own interests. *Diaz*, *supra*. No notice to putative class members of the pre-certification dismissal of this action is required.

8. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their attorneys, also jointly submit this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs and fees, except to the extent the Settlement Agreement requires otherwise.

9. Accordingly, Plaintiff respectfully requests that the Court issue an order dismissing Plaintiff's individual claims in their entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or 41(a)(2). Because no class was certified, the Court should dismiss the putative class claims without prejudice.

Dated: July 3, 2019

*/s/ Thomas Myers*
Thomas Myers (SBN #120674)
SMITH & MYERS LLP

*Attorneys for Plaintiff and the Classes He Seeks to Represent*

JOINT MOTION FOR DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) or 41(a)(2) and JOINT STIPULATION OF DISMISSAL BY ALL PARTIES; [PROPOSED] ORDER
4

Dated: July 3, 2019

*/s/ Ángel J. Valencia*
Ángel J. Valencia (Admitted *Pro Hac Vice*)
Milton L. Chappell (Admitted *Pro Hac Vice*)
NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC.

*Attorneys for Plaintiff and the Classes He Seeks to Represent*

Dated: July 3, 2019

*/s/ Eileen B. Goldsmith*
Scott A. Kronland
Eileen B. Goldsmith
Rebecca Moryl Lee
ALTSHULER BERZON LLP

*Attorneys for Defendants Ventura County Federation of College Teachers, AFT Local 1828, AFL-CIO and American Federation of Teachers*

Dated: July 3, 2019

*/s/ Lawrence Rosenzweig*
Lawrence Rosenzweig
LAWRENCE ROSENZWEIG, PC

*Attorneys for Defendant Ventura County Federation of College Teachers, AFT Local 1828, AFL-CIO*

JOINT MOTION FOR DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) or 41(a)(2) and JOINT STIPULATION OF DISMISSAL BY ALL PARTIES; [PROPOSED] ORDER
5

Dated: July 3, 2019

*/s/ Spencer E. Covert*
Spencer E. Covert
PARKER & COVERT LLP

*Attorneys for Defendant Greg Gillespie, in his Official Capacity as the Chancellor of the Ventura County Community College District*

JOINT MOTION FOR DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) or 41(a)(2) and JOINT STIPULATION OF DISMISSAL BY ALL PARTIES; [PROPOSED] ORDER
6

# [PROPOSED] ORDER

Now having duly considered said Joint Motion and Stipulation of the Parties, the Court has determined that:

With good cause having been shown, IT IS HEREBY ORDERED that Plaintiff's individual claims in this action be dismissed, with prejudice. Because no class was certified, the putative class claims are dismissed without prejudice. No notice to putative class members of the pre-certification dismissal of this action is required.

DATED: ____________, 2019

______________________________
United States District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on July 3, 2019, a copy of the foregoing was filed electronically in this case. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ángel J. Valencia
ÁNGEL J. VALENCIA
Counsel for Plaintiff and the Proposed Classes