JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCAIN, for Himself and the Classes He Seeks to Represent,<br><br>Plaintiffs,<br><br>v.<br><br>VENTURA COUNTY FEDERATION OF COLLEGE TEACHERS, AFL-CIO; et al.,<br><br>Defendants. | Case No. 2:19-cv-00228-JLS-DFM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) or 41(a)(2) and JOINT STIPULATION OF DISMISSAL BY ALL PARTIES** |

## **ORDER**

Having duly considered the Joint Motion and Stipulation of the Parties, the Court has determined that:

With good cause having been shown, IT IS HEREBY ORDERED that Plaintiff's individual claims in this action be dismissed, with prejudice. Because no class was certified, the putative class claims are dismissed without prejudice. No notice to putative class members of the pre-certification dismissal of this action is required.

DATED: July 22, 2019

_____
Josephine L. Staton
United States District Court Judge